**Lathia Paul BANKS, Jr.,
Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

**No. 76–1014
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

May 24, 1976.

Mark J. Kadish, Atlanta, Ga., for petitioner-appellant.

John W. Stokes, William F. Bartee, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.

Before BROWN, Chief Judge, GEWIN and MORGAN, Circuit Judges.

PER CURIAM:

Lathia Paul Banks, Jr., appeals from the district court's denial of his post-conviction motion to vacate sentence, 28 U.S.C. § 2255. We affirm.

The appellant raises the following issues which we have examined and found to be

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409.

without merit: (1) Denial of effective assistance of counsel due to counsel's representation of a codefendant and resultant inadequate cross-examination of witnesses; (2) denial of effective assistance of counsel due to counsel's failure to secure the attendance at trial of two potentially favorable witnesses; and (3) failure of the district court to grant a new trial upon appellant's presentation of post-conviction polygraph evidence of his innocence.

AFFIRMED.